IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD M. TUTSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-cv-207-DWD |
| | ) |
| NURSE HESS, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

On January 4, 2022, Plaintiff Gerald Tutson was ordered to update his address with the Court, failing which he would face dismissal of this lawsuit. (Doc. 23). Tutson was given 30 days to comply, and he was warned that he was required to keep the Court apprised of addresses changes as he had done in the past. To date, the Court has received no further correspondence from Tutson. Accordingly, the Court will dismiss this matter without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (under Rule 41(b) a court has authority to dismiss an action for failure to prosecute if a party does not provide a timely response to a court order).

**IT IS SO ORDERED.**

Dated: 02/07/2022

*s/ David w. Dugan*
DAVID W. DUGAN
United States District Judge